NO. 07-01-0472-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL E



DECEMBER 13, 2002


______________________________



LEONE PLUMMER
,




 Appellant


v.



CHARLENE J. REEVES, 




 Appellee

_________________________________



FROM THE 251ST DISTRICT COURT OF RANDALL COUNTY;



NO. 37,940-C; HON. PATRICK A. PIRTLE, PRESIDING


 ________________________________


Before QUINN and REAVIS, JJ. and BOYD, SJ. (1)


 By previous opinion, we dismissed appellant's appeal for lack of prosecution due
to her failure to file a brief by December 9, 2002. However, appellant's pro se brief had
in fact been tendered to the clerk by December 9th, though that fact was not made known
to the court. Consequently, we vacate and withdraw our original opinion and judgment and
reinstate the cause on our docket. We also deny appellee's pending motion to dismiss the
appeal for want of prosecution. 

 However, we note that the brief submitted by appellant fails to conform to the Rules
of Appellate Procedure. We particularly draw appellant's attention to the requirements of
Rule 38.1. Appellant is ordered to file a brief conforming with that rule and all other
applicable rules of procedure on or before December 27, 2002, or the appeal will be
dismissed.

 It is so ordered.


 Per Curiam

Do not publish. 


1. John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. Tex.
Gov't code ann. §75.002(a)(1) (Vernon Supp. 2002). 


tyle="font-family: 'Arial', sans-serif">MARCH 13, 2009

______________________________


IN THE INTEREST OF T.J.P. AND E.A.P., MINOR CHILDREN

_________________________________

FROM THE 223RD DISTRICT COURT OF GRAY COUNTY;

NO. 34,886; HONORABLE LEE WATERS, JUDGE

_______________________________

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
MEMORANDUM OPINION
          Appellant, Amanda M. Perkins, filed a pro se notice of appeal challenging the trial
court’s possession order appointing her and Appellee, James C. Palmitier, joint managing
conservators of their minor children.


 Both the clerk’s record and reporter’s record have
been filed. Appellant’s brief was due to be filed on February 5, 2009, but has yet to be
filed. By letter dated February 13, 2009, Perkins was notified of the defect and directed
to file the brief on or before February 23, 2009, noting that failure to comply might result
in dismissal of the appeal pursuant to applicable rules of appellate procedure. See Tex.
R. App. P. 38.8(a)(1) and 42.3(b) and (c). Perkins was further notified that the untimely
filing of the brief would require an accompanying motion for extension of time. Tex. R.
App. P. 38.6. Perkins did not respond to this Court’s notice. Neither was the brief nor a
motion for extension of time filed.
          Consequently, we dismiss this appeal for want of prosecution and failure to comply
with an order of this Court. 


                                                                           Patrick A. Pirtle

                                                                                 Justice